# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

130030

CAROL KRUSCHKE,
        Plaintiff-Appellee,

v

JAMES R. LOVELL, M.D., and JAMES R.
LOVELL, M.D., P.C.,
        Defendants-Appellants,
and

MARQUETTE GENERAL HOSPITAL,
        Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130030
COA: 259601
Marquette CC: 03-040879-NH

      On October 18, 2006, the Court heard oral argument on the application for leave to appeal the November 3, 2005 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CORRIGAN, J., would reverse the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk

t1018